B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Western District of Wisconsin

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Allen Construction Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Allen Kitchen and Bath** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**39-1359494** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**310 South Industrial Park Road**<br>**Deerfield, WI**<br>ZIP Code **53531-9339** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ■ 50-99 | ☑ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

B1 (Official Form 1)(04/13)   Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Allen Construction Services, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed:   - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>    Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)           Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Allen Construction Services, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _(signed)_ Eliza M. R___
Signature of Attorney for Debtor(s)

**Eliza M. Reyes 1030764**
Printed Name of Attorney for Debtor(s)

**Krekeler Strother, S.C.**
Firm Name

**2901 West Beltline Highway
Suite 301
Madison, WI 53713**
Address

**(608) 258-8555  Fax: (608) 258-8299**
Telephone Number

1-6-2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _(signed)_
Signature of Authorized Individual

**Gary E. Allen**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

1-6-2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**United States Bankruptcy Court**
Western District of Wisconsin

| In re | Allen Construction Services, Inc. | Case No. | |
|---|---|---|---|
| | Debtor(s) | Chapter | 11 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

**Allen Construction Services Inc., has prepared neither a cash flow statement or cash flow projection.**

I, Gary E. Allen, the President of Allen Construction Services, Inc., named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement, and that it is true and correct to the best of my knowledge, information, and belief.

Date  1-6-2015          Signature  _Gary E. Allen_
                                    Gary E. Allen
                                    President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Western District of Wisconsin

In re     **Allen Construction Services, Inc.**
                                              Debtor

Case No. _____

Chapter _____ **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gary E. Allen**<br>**11556 North Walnut Lane**<br>**Fort Atkinson, WI 53538** | | | 50% Ownership interest |
| **Laree L. Allen**<br>**11556 North Walnut Lane**<br>**Fort Atkinson, WI 53538** | | | 50% Ownership Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **1-6-2015**

Signature  *[signature]*
Gary E. Allen
President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Wisconsin

In re  **Allen Construction Services, Inc.**  
　　　　　　　　　　　　　　　Debtor(s)

Case No. _____  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Allen Construction Services, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_1-6-2015_  
Date

_/s/ Eliza M. R._  
**Eliza M. Reyes 1030764**  
Signature of Attorney or Litigant  
Counsel for  **Allen Construction Services, Inc.**  
**Krekeler Strother, S.C.**  
**2901 West Beltline Highway**  
**Suite 301**  
**Madison, WI 53713**  
**(608) 258-8555 Fax:(608) 258-8299**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Wisconsin

In re   **Allen Construction Services, Inc.**                                  Case No. _____

                                   Debtor(s)                                   Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bucky's Water Street, LLC<br>W233 N2847 Roundy Circle West<br>Pewaukee, WI 53072 | Bucky's Water Street, LLC<br>W233 N2847 Roundy Circle West<br>Pewaukee, WI 53072 | Past due rent on commercial building | | 49,203.81 |
| Gary and LaRee Allen<br>11556 North Walnut Lane<br>Fort Atkinson, WI 53538 | Gary and LaRee Allen<br>11556 North Walnut Lane<br>Fort Atkinson, WI 53538 | Business loans (unsecured) | | 45,832.00 |
| Tim and Sherri Hoyman<br>2352 Shirley Road<br>De Pere, WI 54115-9609 | Tim and Sherri Hoyman<br>2352 Shirley Road<br>De Pere, WI 54115-9609 | Business loan (unsecured) | | 40,000.00 |
| West Bend Insurance<br>231 W. Michigan Avenue<br>Milwaukee, WI 53290 | West Bend Insurance<br>231 W. Michigan Avenue<br>Milwaukee, WI 53290 | Workers Compensation Insurance Expense | | 39,000.00 |
| Brian Knox<br>PO Box 801<br>421 Milwaukee Avenue<br>Fort Atkinson, WI 53538 | Brian Knox<br>PO Box 801<br>421 Milwaukee Avenue<br>Fort Atkinson, WI 53538 | Business loan (unsecured) | | 21,000.00 |
| Steve Lanza | Steve Lanza | Business loan (unsecured) | | 15,000.00 |
| BMO Harris - VISA<br>ATTN: Bankrupty Dept.<br>180 North Executive Drive<br>Brookfield, WI 53005 | BMO Harris - VISA<br>ATTN: Bankrupty Dept.<br>180 North Executive Drive<br>Brookfield, WI 53005 | Business credit card charges (fka M&I Bank) | | 14,058.48 |
| Georgia Mode<br>N2861 Mode Lane<br>Fort Atkinson, WI 53538-8815 | Georgia Mode<br>N2861 Mode Lane<br>Fort Atkinson, WI 53538-8815 | Business loan (unsecured) | | 10,000.00 |
| Selwood Plumbing Inc.<br>W13924 Selwood Drive<br>Prairie Du Sac, WI 53578 | Selwood Plumbing Inc.<br>W13924 Selwood Drive<br>Prairie Du Sac, WI 53578 | Trade Debt /subcontracting | | 9,923.90 |

B4 (Official Form 4) (12/07) - Cont.

In re    Allen Construction Services, Inc.    Case No. _____
           _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Wisconsin Power & Light Company<br>4902 Biltmore Lane<br>P.O. Box 77007<br>Madison, WI 53707-1007 | Wisconsin Power & Light Company<br>4902 Biltmore Lane<br>P.O. Box 77007<br>Madison, WI 53707-1007 | Wisconsin Power & Light Company vs. Allen Construction Service, Dane County Case Number 2011SC008375; Money Judgment entered 1/3/2011, docketed /12/20 | | 8,514.97 |
| Able Distributing<br>Attention: Alysia Hendrick<br>1822 Dolphin Drive<br>Waukesha, WI 53186 | Able Distributing<br>Attention: Alysia Hendrick<br>1822 Dolphin Drive<br>Waukesha, WI 53186 | Trade debt | | 8,294.00 |
| Geralyn Piegay | Geralyn Piegay | Business loan (unsecured) | | 7,000.00 |
| Waste Management of WI-MN<br>W132 N10487 Grant Drive<br>Germantown, WI 53022 | Waste Management of WI-MN<br>W132 N10487 Grant Drive<br>Germantown, WI 53022 | Business expense | | 6,835.43 |
| Pieper Power<br>Attn: Carla Buske<br>5070 North 35th Street<br>Milwaukee, WI 53209 | Pieper Power<br>Attn: Carla Buske<br>5070 North 35th Street<br>Milwaukee, WI 53209 | Trade debt / subcontracting | | 6,474.05 |
| Julie Gavin | Julie Gavin | Business loan (unsecured) | | 5,000.00 |
| Milwaukee County<br>200 East Wells Street<br>Milwaukee WI 53202 | Milwaukee County<br>200 East Wells Street<br>Milwaukee WI 53202 | Milwaukee City vs. Allen Construction Services Inc; Milwaukee Cty Case No. 2014SC020182; Money Judgment entered 8/19/14, docketed 8/21/14; Transcript: Dane 14TJ216 entered/docketed 9/22/14 | | 4,379.28 |
| Hallmark Building Supplies, Inc.<br>2120 Pewaukee Road<br>Suite 100<br>Waukesha WI 53188 | Hallmark Building Supplies, Inc.<br>2120 Pewaukee Road<br>Suite 100<br>Waukesha WI 53188 | Trade debt / subcontracting | | 3,572.70 |
| Maxcare Hardwood Flooring<br>2200 S. Miller Park. Way<br>Milwaukee WI 53219 | Maxcare Hardwood Flooring<br>2200 S. Miller Park. Way<br>Milwaukee WI 53219 | Trade debt / subcontracting | | 2,704.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Allen Construction Services, Inc.                               Case No. _____
                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Monona Plumbing & Fire Protection, Inc. 3126 Watford Way Madison WI 53713 | Monona Plumbing & Fire Protection, Inc. 3126 Watford Way Madison WI 53713 | Monona Plumbing and Fire Protection Inc vs. Gary Allen, dba Allen Kitchen & Bath; Dane County Case Number 2013SC006570. Money judgment not entered or docketed. | | 2,642.04 |
| North Star Surfaces 23 Empire Drive Saint Paul MN 55103 | North Star Surfaces 23 Empire Drive Saint Paul MN 55103 | Business expense | | 2,630.00 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**United States Bankruptcy Court**
Western District of Wisconsin

In re   Allen Construction Services, Inc.                                    Case No. _____
                                            Debtor(s)                        Chapter    11

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  1/2/15                              Signature  /s/ Gary E. Allen
                                                     Gary E. Allen
                                                     President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Office of the United States Trustee
780 Regent Street
Suite 304
Madison, WI 53715

Wisconsin Dept. of Workforce Development
Division of Unemployment Insurance
P.O. Box 8914
Madison, WI 53708-8914

United States Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Wisconsin Department of Revenue
ATTN:  Bankruptcy Unit, MS 5-144
P.O. Box 8901
Madison, WI 53708

US Attorneys Office for the Western
District of Wisconsin
222 West Washington Avenue
Suite 700
Madison, WI 53703

Able Distributing
Attention: Alysia Hendrick
1822 Dolphin Drive
Waukesha, WI 53186

All Wiring Solutions

Gary and LaRee Allen
11556 North Walnut Lane
Fort Atkinson, WI 53538

Alliance Electrical Contractors
N15 W22180 Watertown Road, #8
Waukesha, WI 53186

Arizona Shower and Door
2601 Bond St.
University Park, IL 60484

Attorney Valerie L. Bailey-Rihn
Quarles & Brady LLP
33 East Main Street
Suite 900
Madison, WI 53703

Badger Internet Service
2505 West Beltline Highway
Madison, WI 53713

Charlie Bardenwerper
910 Whitewater Ave
Fort Atkinson, WI 53538

BMO Harris - VISA
ATTN:  Bankrupty Dept.
180 North Executive Drive
Brookfield, WI 53005

Bucky's Water Street, LLC
W233 N2847 Roundy Circle West
Pewaukee, WI 53072

Building Trades United Pension
  Trust Fund
Drawer 341
Milwaukee, WI 53278-0341

Burdick's Complete Office
N115W18500 Edison Drive
PO Box 640
Germantown, WI 53022

CECO Commercial Enameling Co.
1310 East Borchard Avenue
Santa Ana, CA 92705

Ceramic Tool Company
 W237N2872 Woodgate Road
Pewaukee, WI 53072

Charter Communications
PO Box 2981
Milwaukee, WI 53201

Cintas
PO Box 636525
Cincinnati, OH 45263

City of Brookfield
2000 North Calhoun Road
Brookfield, WI 53005

City of Madison Treasurer
210 Martin Luther King Blvd., Room 107
Madison, WI 53703

City of Milwaukee
Office of the City Treasurer
PO Box 78776
Milwaukee, WI 53278

Department of Revenue
2135 Rimrock Road
P.O. Box 8910
Madison, WI 53708-8910

Designer Glass

Dreyer Family Limited Partnership
c/o William C. Dreyer
10533 West National Avenue, Suite 200
West Allis, WI 53227

Attorney Michael J. Finn
163 East Capitol Drive
Hartland, WI 53029

FloorTech Interiors
19555 West Bluemound Road
Brookfield, WI 53045

Julie Gavin

Gross Heating & Air Conditioning
3260 North 126th Street
Brookfield, WI 53005

Attorney Robert O. Grulke
Lee, Kilkelly, Paulson & Younger, S.C.
One West Main Street
P.O. Box 2189
Madison, WI 53701-2189

Hallman Lindsay
Legal Department
1717 North Bristol Street
Sun Prairie, WI 53590

Hallmark Building Supplies, Inc.
2120 Pewaukee Road
Suite 100
Waukesha, WI 53188

Helix Professional Tools
PO Box 5755
Vernon Hills, IL 60061

Frances Highsmith
339 Merchants Ave
Fort Atkinson, WI 53538

Tim and Sherri Hoyman
2352 Shirley Road
De Pere, WI 54115-9609

Internal Revenue Service
Insolvency Unit MAIL STOP 5301-MIL
211 West Wisconsin Avenue
Milwaukee, WI 53202

Brian Knox
PO Box 801
421 Milwaukee Avenue
Fort Atkinson, WI 53538

KraftMaid Cabinetry Inc.
15535 South State Avenue
Middlefield, OH 44062

Steve Lanza

Marling Lumber
P.O. Box 469
Janesville, WI 53547-0469

Maxcare Hardwood Flooring
2200 S. Miller Park. Way
Milwaukee, WI 53219

```
Breck and Laurie McHenry
1206 Sioux Trail
Fort Atkinson, WI 53538

Merrimac Communications
327 Palisade Street
Merrimac, WI

Midstates Carbide, Inc.
905 South 21st Street
Sheboygan, WI 53081

Milwaukee County
200 East Wells Street
Milwaukee, WI 53202

Georgia Mode
N2861 Mode Lane
Fort Atkinson, WI 53538-8815

Monona Plumbing & Fire Protection, Inc.
3126 Watford Way
Madison, WI 53713

New Frontiers Construction
ATTN: Chris Bartholf
2456 N. 75th Street
Milwaukee, WI 53213

North Star Surfaces
23 Empire Drive
Saint Paul, MN 55103

Geralyn Piegay

Pieper Power
Attn: Carla Buske
5070 North 35th Street
Milwaukee, WI 53209

Pioneer Credit Recovery
26 Edward Street
P.O. Box 189
Arcade, NY 14009
```

Previant, Goldberg, Uelmen, Gratz,
Miller & Brueggeman, S.C.
Attorney John J. Brennan
PO Box 12993
Milwaukee, WI 53212

RCI Mastercard Card Services
PO Box 13337
Philadelphia, PA 19101-3337

Riedel Electric
735 1/2 Phillips BLVD
Sauk City, WI 53583

Selwood Plumbing Inc.
W13924 Selwood Drive
Prairie Du Sac, WI 53578

Society Insurance
150 Camelot Drive
PO Box 1029
Fond Du Lac, WI 54936

The Tile Shop
2328 East Springs Drive
Madison, WI 53704

Triggs Plumbing Co, Inc.
1723 Beld Street
Madison, WI 53713-1399

U.S. Small Business Administration
2719 N Air Fresno Dr. No. 107
Fresno, CA 93727-1547

US Cellular
Dept. 0203
Palatine, IL 60055-0203

Village of Deerfield
4 North Main Street
PO Box 66
Deerfield, WI 53531

Waste Management of WI-MN
W132 N10487 Grant Drive
Germantown, WI 53022

Wells Fargo Bank National Association
2711 N Haskell Ave Suite 1800
Dallas, TX 75204

West Bend Insurance
231 W. Michigan Avenue
Milwaukee, WI 53290

WI Dept. of Workforce Development
UI Division
P.O. Box 8942
Madison, WI 53708-8942

Wisconsin Business Development
Finance Corporation
1 South Pinckney Street, Suite 504
Madison, WI 53701

Wisconsin Power & Light Company
4902 Biltmore Lane
P.O. Box 77007
Madison, WI 53707-1007